# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149308(14)

ALLAN FALK,
      Plaintiff,

v

                                      SC: 149308
                                      AGC: 0064-13
                                              0323-13

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

      On order of the Court, the motion for review of taxation of costs is GRANTED in part, pursuant to MCL 600.2445(2), MCR 7.219, and MCR 7.318. In light of the unusual circumstances of this case, in which the Court directed the Attorney Grievance Commission to follow the procedures set forth in MCR 9.131, we conclude that the plaintiff improved his position by filing the motion to amend the complaint for superintending control. The Clerk is thus directed to issue a letter taxing costs of $37.50 in favor of the plaintiff, which is one-half of the motion filing fee.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



d0420

                                              Clerk